**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X

THE BRANCH OF CITIBANK, N.A.     :
ESTABLISHED IN THE REPUBLIC OF   :
ARGENTINA,                       :
                                 :
                 Petitioner,     :      **21 Civ. 6125 (VM)**
                                 :
       -against-                 :
                                 :      <u>**ORDER**</u>
ALEJANDRO DE NEVARES,            :
                                 :
                 Respondent.     :
---------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _7/21/2021_
```

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the conference in this matter scheduled for Friday, July 23, 2021 at 12:00 P.M. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:     New York, New York
           21 July 2021

                                        _____
                                          Victor Marrero
                                             U.S.D.J.