```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

THE BRANCH OF CITIBANK, N.A.
ESTABLISHED IN THE REPUBLIC
OF ARGENTINA,

            Petitioner,

           -against-

ALEJANDRO DE NEVARES,

           Respondent.

No. 21-cv-6125

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

    Petitioner, The branch of Citibank, N.A. established in the Republic of Argentina ("Citibank Argentina"), filed a letter motion on November 29, 2021 (see Dkt. No. 45), seeking a premotion conference in anticipation of moving for an order holding Respondent, Alejandro De Nevares ("De Nevares") in contempt for violating the Temporary Restraining Order (the "TRO") entered in this action on July 31, 2021. (See Dkt. No. 45.) Citibank Argentina argued that the explicit language of the TRO prohibited De Nevares's recent action of joining in his Argentine counsel's motion before the Argentine Labor Court (the "Request for Clarification"). (See id. at 1.) The Court directed De Nevares to respond to Citibank Argentina's

motion (see Dkt. No. 46), which De Nevares did on December 2, 2021, denying that his actions were prohibited by the language of the TRO. (See Dkt. No. 47.) The Court scheduled a conference in the matter for December 17, 2021. (See Dkt. No. 48.) Prior to the conference, the parties filed additional submissions for the Court's consideration. (See Dkt. Nos. 49, 50.)

Upon review and consideration of the parties' submissions with respect to the contemplated order holding De Nevares in contempt (see Dkt. Nos. 45, 47, 49, 50), and having heard oral argument on that application on Friday, December 17, 2021, the Court grants Citibank Argentina's motion substantially for the reasons stated at the December 17, 2021 hearing. The Court is persuaded that De Nevares should be held in contempt for his failure to comply with the TRO, and the Court imposes a daily coercive fine on De Nevares to ensure he brings himself into compliance by withdrawing from the Request for Clarification. Accordingly, it is hereby

**ORDERED** that Petitioner Citibank Argentina's motion to hold Respondent Alejandro De Nevares in contempt is **GRANTED**; and it is further

**ORDERED** that Respondent Alejandro De Nevares withdraw from the Request for Clarification; and it is further

**ORDERED** that commencing on Wednesday, December 22, 2021,

2

Respondent Alejandro De Nevares will be directed to pay a daily coercive fine of $10,000, and this amount shall increase by an increment of $5,000 every three days, until he brings himself into compliance with the TRO by withdrawing from the Request for Clarification.

**GRANTED.**

**SO ORDERED.**

Dated:   New York, New York
         17 December 2021

                                        Victor Marrero
                                          U.S.D.J.