```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

THE BRANCH OF CITIBANK, N.A.
ESTABLISHED IN THE REPUBLIC
OF ARGENTINA,

        Petitioner,

    -against-

ALEJANDRO DE NEVARES,

        Respondent.

No. 21-cv-6125

**ORDER**

---

**VICTOR MARRERO, U.S.D.J.:**

On January 4, 2022, Petitioner, The branch of Citibank, N.A. established in the Republic of Argentina, filed a letter in response to Respondent's December 28, 2021 letter. (See Dkt. No. 56.) Respondent, Alejandro De Nevares, is directed to respond to Petitioner's letter within five business days.

**SO ORDERED.**

Dated:    New York, New York
            05 January 2022

                                                  _____
                                                     Victor Marrero
                                                       U.S.D.J.