**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

THE BRANCH OF CITIBANK, N.A.
ESTABLISHED IN THE REPUBLIC
OF ARGENTINA,

               Petitioner,

      -against-

ALEJANDRO DE NEVARES,

               Respondent.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/2022

No. 21-cv-6125

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

Respondent's request (Dkt. No. 61) to defer briefing on Petitioner's motion for attorney's fees related to the contempt proceeding is DENIED.

**SO ORDERED:**

Dated: 27 January 2022
      New York, New York

_____
Victor Marrero
U.S.D.J.