```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/12/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BRANCH OF CITIBANK, N.A. ESTABLISHED IN THE REPUBLIC OF ARGENTINA,<br><br>      Petitioner,<br><br>    - against -<br><br>ALEJANDRO DE NEVARES,<br><br>      Respondent. | 21 CV 6125 (VM)<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

  On July 12, 2023, the United States Court of Appeals for the Second Circuit held that the Court lacked subject matter jurisdiction over The Branch of Citibank, N.A. Established in the Republic of Argentina's petition to compel arbitration, and therefore lacked authority to issue its orders in this action. (See Dkt. Nos. 1, 82.)

  Accordingly, the Clerk of Court is respectfully directed to terminate all pending motions and dismiss the case for lack of subject matter jurisdiction.

**SO ORDERED.**

Dated:  New York, New York
     12 July 2023

                 _____
                   Victor Marrero
                    U.S.D.J.